■ In the Matter of MICHELLE L. PEAY, Appellant, v RONALD E. PEAY, JR., Respondent. (Appeal No. 2.) [65 NYS3d 888]—Appeal from an order of the Family Court, Erie County (Deanne M. Tripi, J.), entered April 20, 2016. The order, among other things, found petitioner in contempt of court and denied her petition to modify a prior stipulated order of custody and visitation.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Peay v Peay* ([appeal No. 1] 156 AD3d 1358 [2017]). Present—Centra, J.P., Peradotto, Lindley, NeMoyer and Troutman, JJ.